# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ABBVIE INC. and WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICAL CO., LTD., WEST-WARD PHARMACEUTICALS CORP. and EXELA PHARMA SCIENCES LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-1557-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Hikma Pharmaceutical Co., Ltd., West-Ward Pharmaceuticals Corp., and Exela Pharma Sciences (collectively, "Hikma") respectfully move to dismiss the Complaint. The grounds for this motion are set forth in Hikma's Opening Memorandum, submitted herewith.

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

Jeffrey S. Ward
Wendy M. Ward
MERCHANT & GOULD P.C.
10 East Doty Street, Suite 600
Madison, WI 53703
(608) 280-6750
jward@merchantgould.com
wward@merchantgould.com

Dated: October 25, 2013

/s/ Benjamin J. Schladweiler
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzcross.com

*Counsel for Defendants Hikma Pharmaceutical Co., Ltd., West-Ward Pharmaceuticals Corp., and Exela Pharma Sciences LLC*

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on October 25, 2013, a true copy of the foregoing *Defendants' Motion to Dismiss* was served via electronic mail upon the following counsel of record:

Mary B. Graham
Derek J. Fahnestock
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
mgraham@mnat.com
dfahnestock@mnat.com

Michael A. Morin
David P. Frazier
Robert F. Shaffer
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, D.C.  20001
michael.morin@finnegan.com
david.frazier@finnegan.com
robert.shaffer@finnegan.com


 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (Bar No. 4601)